IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | CRIMINAL NO. 17-202-1 |
| ROBERT HOLMES | : | |

## ORDER

AND NOW this 11th day of April, 2018, upon motion of the United States of America requesting that Count Four of the superseding indictment in the above-captioned case be dismissed as to defendant Robert Holmes, and with no objection thereto, the Court having imposed sentence on Counts One through Three of the superseding indictment, it is hereby

## ORDERED

that Count Four of the superseding indictment in the above-captioned matter is dismissed as to defendant Robert Holmes without prejudice.

BY THE COURT:

_____
**HONORABLE C. DARNELL JONES**
*United States District Judge*
*Eastern District of Pennsylvania*